■    JOHN TSOUKALAS et al., Appellants, v JOHN CACOULIDIS et al., Respondents.—In an action to recover unpaid wages, plaintiffs appeal from an order of the Supreme Court, Queens County, dated May 22, 1979, which denied their motion to vacate a stipulation of settlement made October 18, 1978 in open court and to restore the action to the Trial Calendar. Order affirmed, without costs or disbursements. The record indicates that no good cause exists for relieving plaintiffs of the terms of the stipulation of settlement. The failure of defendants to make any installment payments pursuant to the stipulation, which provided for entry of judgment for the full unpaid balance of the settlement sum, with costs and interest from date of settlement, in the event of such default, is insufficient to warrant relief from the stipulation on the grounds of fraud or bad faith. Hopkins, J. P., Damiani, Titone and O'Connor, JJ., concur.

■    UPRITE CONSTRUCTION CO., INC., Respondent, v ROBERT M. FISHER, as Trustee in Bankruptcy of National Merritt, Inc., Appellant, et al., Defendant.—In an action to foreclose a mechanic's lien, defendant appeals from a judgment of the Supreme Court, Westchester County, dated June 18, 1979, which, after a nonjury trial limited to the issue of the timeliness of the filing of the notice of lien, *inter alia,* found in favor of the plaintiff. Judgment affirmed, with costs. The testimony of plaintiff's president, credited by Trial Term, sufficiently established that construction pursuant to contract continued through July 9, 1974. The notice of lien was filed on October 4, 1974. From this the court properly concluded that the notice of lien was filed within the statutory period set forth in section 10 of the Lien Law. Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.